**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6188**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DESHAWN R. RIVERS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:12-cr-00148-RMG-1)

Submitted:  January 19, 2021                               Decided:  January 21, 2021

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Deshawn R. Rivers, Appellant Pro Se.  Robert Nicholas Bianchi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deshawn Rivers seeks to appeal the district court's January 27, 2020, order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the order denying his 28 U.S.C. § 2255 motion as untimely. After the district court denied Rivers' Rule 60(b) motion, the court vacated its January 27 order and reinstated the motion on the active docket. The Government has filed a motion to dismiss the appeal because there is no final judgment entered and the court vacated the order Rivers sought to appeal. The Rule 60(b) motion remains pending in the district court.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because the district court vacated the order Rivers seeks to appeal, we grant the Government's motion to dismiss the appeal without prejudice, deny Rivers' motion to place the appeal in abeyance, and dismiss the appeal as moot.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*